USCA1 Opinion

 

 November 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1771  GLENDA SIMO, Plaintiff, Appellant, v. HOME HEALTH AND HOSPICE CARE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ William E. Aivalikles on brief for appellant. _____________________ Martha V. Gordon and Nelson, Kinder, Mosseau & Gordon, P.C., on _________________ ________________________________________ brief for appellee. ____________________ ____________________ Per Curiam. We have carefully reviewed the ___________ parties' motion papers and briefs and grant the appellee's motion for summary affirmance for the reasons stated in the district court's Order, dated June 30, 1995. See Local Rule ___ 27.1. -2-